S:\FILES\5284_POHANG_SENATOR\5284R7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JÜRGEN FUCHS GMBH & CO KG, | |
| Plaintiff, | 08 CV 01338 (GEL) |
| - v. - | |
| | RULE 7.1 STATEMENT |
| HANJIN SHIPPING CO., LTD. and POHANG SCHIFFAHRTS, *in personas*, and MV POHANG SENATOR, her engines tackle apparel, etc., *in rem*, | ECF CASE |
| Defendant. | |

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff, JÜRGEN FUCHS GMBH & CO KG certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock: NONE.

Dated: New York, New York          KENNEDY LILLIS SCHMIDT & ENGLISH
       February 11, 2008           Attorneys for PLAINTIFF

                                   By:   /s/
                                       Charles E. Schmidt (CS8669)
                                       75 Maiden Lane – Suite 402
                                       New York, New York 10038-4816
                                       Telephone: 212-430-0800

1