AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, SCHEDULE A |
| EFFECTED (1) BY ME: | CHRISTOPHER OBIE |
| TITLE: | PROCESS SERVER   DATE: 03/11/2008 12:40PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

HANJIN SHIPPING

Place where served:

80 E STATE RTE 3 #390 PARAMUS NJ 07652

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARY ZUCK

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'3"-5'6"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ ____.___   SERVICES $ ____.___   TOTAL $ ____.___

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03 / 11 / 20 08

SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

LINDA GRUMBLE 3/11/2008
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

| | |
|---|---|
| ATTORNEY: | CHARLES E. SCHMIDT, ESQ |
| PLAINTIFF: | JURGEN FUCHS GMBH & CO KG |
| DEFENDANT: | HANJIN SHIPPING CO, LTD., ET AL |
| VENUE: | NYDISTRICT |
| DOCKET: | 08 CV 01338 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.