LYNCH, J

**MEMO ENDORSED**

5284NOTICEOFDISMISSAL/5284KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Thomas M. Grasso (TG3737)
75 Maiden Lane - Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JÜRGEN FUCHS GMBH & CO KG,

    Plaintiff,

- v. -

HANJIN SHIPPING CO., LTD. and POHANG
SCHIFFAHRTS, *in personas*, and MV
POHANG SENATOR, her engines tackle
apparel, etc., *in rem*,

    Defendants.

08 Civ. 01338 (GEL)

**RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL**

---

    No answer or summary judgement motion having been filed by defendants, plaintiff hereby voluntary dismisses this action with prejudice and without costs to any party, pursuant to Rule 41(a)(1) of the Federal Rules.

Dated: New York, New York
       May 15, 2008

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiff
Jürgen Fuchs GmbH & Co. KG

By: _____
Thomas M. Grasso (TG3737)
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone (212) 430-0800

SO ORDERED

_____
U.S.D.J.

5/19/08

1